

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L., AND IN THE INTEREST OF K.A.F.L., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On December 15, 2014, appellee filed a motion asking this court for clarification of our August 13, 2014 stay order. We **ORDER** appellant, the State of Texas, to file a response to appellee's motion to clarify, specifically addressing appellee's contention that our prior order precludes enforcement of the trial court's temporary orders relating to appellee's possession of and access to the minor child. Appellant should state its position as to whether our prior stay should apply to the portion of the matter pertaining to the Suit Affecting the Parent-Child Relationship as well as the Suit for Divorce, and that if it should apply to both, the potential harm, if any, to the minor child. We ORDER the State to file its response on or before **January 7, 2014**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court